

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00400-CV

ASSISTED LIVING CONCEPTS, INC.,
INDIVIDUALLY AND D/B/A WREN HOUSE,

                                                            Appellant

 v.

MARIA HORN,

                                                            Appellee

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. C201100406

## MEMORANDUM OPINION

Assisted Living Concepts, Inc. appealed the trial court's denial of its motion to dismiss pursuant to section 74.351 of the Texas Civil Practice and Remedies Code. It has now filed a motion to dismiss the appeal because Maria Horn has filed a non-suit in the proceeding below and Assisted Living no longer wishes to pursue its appeal.

The motion to dismiss is granted, and this appeal is dismissed. TEX. R. APP. P. 42.1(a)(1).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208 (West Supp. 2012); § 51.941(a) (West 2005). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 27, 2012
[CV06]